IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK RENFRO, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:09-CV-02400-M-BH |
| | § | |
| MICHAEL ASTRUE, Commissioner of | § | |
| the Social Security Administration, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Plaintiff's Motion for Summary Judgment*, filed May 20, 2010, and *Commissioner's Cross-Motion for Summary Judgment*, filed June 18, 2010. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Plaintiff's Motion for Summary Judgment*, filed May 20, 2010, is **DENIED**, and the *Commissioner's Cross-Motion for Summary Judgment*, filed June 18, 2010, is **GRANTED**.

SIGNED this 25th day of August, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS